1 | DAVID L. ANDERSON (CABN 149604)
United States Attorney

2

3 | HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

4 | JEFF SCHENK (CABN 234355)
Assistant United States Attorney

5

6 | 150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5061

7 | FAX: (408) 535-5066
Jeffrey.b.schenk@usdoj.gov

8

Attorneys for United States of America

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR-97-20046-E~~XE~~   JW |
|---|---|
| Plaintiff, | ) ORDER |
| | ) NOTICE OF DISMISSAL |
| v. | ) |
| IGNACIO BIBANCO, | ) |
| Defendant. | ) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Indictment against IGNACIO BIBANCO without prejudice and moves that the Court quash the arrest warrant issued in connection with the Indictment in this case against IGNACIO BIBANCO.

DATED: 5/4/2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/_____
HALLIE HOFFMAN
Chief, Criminal Division

NOTICE OF DISMISSAL
No. CR-97-20046_____                                                                 v. 7/10/2018

1 | Leave is granted to the government to dismiss the Indictment against IGNACIO BIBANCO.  It
2 | is further ordered that the arrest warrant issued in connection with the Indictment is quashed.

Date: 5/4/2020

HON. RICHARD SEEBORG
United States District Judge

NOTICE OF DISMISSAL
No. CR-97-20046_____                                                                    v. 7/10/2018